# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cozy Comfort Company LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Hoodex Limited, et al.,<br><br>　　　　Defendants. | No. CV-21-00967-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the Notice of Settlement and Dismissal of Defendant The Hoodex Ltd. (Doc. 17), and good cause appearing,

　　　　**IT IS ORDERED granting** the Notice of Settlement and Dismissal of Defendant The Hoodex Ltd. (Doc. 17). Defendant The Hoodex Ltd. is dismissed from this case, with prejudice.

　　　　**IT IS FURTHER ORDERED** that because Defendant Challenge Warehousing, Inc. remains, the Clerk of the Court shall not close this case.

　　　　Dated this 14th day of October, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge